Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| 70 Grand Avenue, Suite 100<br>River Edge, NJ 07661 | 299 Broadway, Suite 800<br>New York, NY 10007<br>(Preferred mailing address) |

April 18, 2023

Hon. J. Paul Oetken
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    United States v. Zapata, 22 Cr 293 (JPO)

Dear Judge Oetken:

    I am counsel for Johan Zapata, who is released on bond with home detention pending trial.

    I respectfully request that his travel restrictions be temporarily amended to permit Mr. Zapata to leave home at 7:30 PM on April 22, 2023, and return by midnight. The purpose of the request is to attend a baby shower being thrown for Mr. Zapata's cousin, Anderson Sarante. This is a family event being held at 2341 Hoffman Street, Bronx NY. Mr. Zapata would be accompanied by his mother, Susanna Lewis, for the entire evening, and they would return home return home no later than midnight.

    AUSA Kevin Mead informs me that the government takes no position. United States Pretrial Officer Francesca Piperato informs me: "Per Home Detention policy we object to social request but note he has been in compliance thus far."

Granted.
So ordered.
4/21/2023

Sincerely,

/s/
Donald J. Yannella, Esq.

J. PAUL OETKEN
United States District Judge