Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| 70 Grand Avenue, Suite 100<br>River Edge, NJ 07661 | 299 Broadway, Suite 800<br>New York, NY 10007<br>(Preferred mailing address) |

June 8, 2023

Hon. J. Paul Oetken
United States District Judge
40 Foley Square
New York, NY 10007

  Re: United States v. Zapata, 22 Cr 293 (JPO)

Dear Judge Oetken:

  I am counsel for Johan Zapata, who is released on bond with home detention pending trial.

  I respectfully request that his travel restrictions be temporarily amended to permit Mr. Zapata to leave home for his birthday on June 12, 2023. His mother would attend the celebration. They would leave home at 4:30 PM and return home no later than midnight to go two locations:

  Brooklyn Chop House, 253 W 47th St 10036, starting at 5:30 PM

  FLK Studios, 333 W. 206 Street, New York, NY 10034, from 8:00 PM to 11 PM

  AUSA Sarah Kushner informs me that the government defers to Pretrial Services. United States Pretrial Officer Francesca Piperato informs me that: "Pretrial Services objects to social requests under home detention but note his compliance thus far."

Granted.
So ordered.
6/9/2023

Sincerely,

/s/
Donald J. Yannella, Esq.

_____
J. PAUL OETKEN
United States District Judge