Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **135 Prospect Street** | **299 Broadway, Suite 800** |
| **Ridgewood, NJ 07450** | **New York, NY 10007** |
| | (Preferred mailing address) |

October 13, 2023

Hon. J. Paul Oetken
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    United States v. Zapata, 22 Cr 293 (JPO)

Dear Judge Oetken:

    I am counsel for Johan Zapata, who is released on bond with home detention pending trial. Mr. Zapata was released from the Essex County Jail on December 23, 2022, and he has been compliant with his home detention and Pretrial Supervision ever since.

    I respectfully request that his travel restrictions be temporarily amended to permit Mr. Zapata to leave home at 4:30 PM on October 14, 2023, to attend a funeral for a relative, Anthony Rodriguez. The funeral lasts from 5 PM to 9 PM, and it is being held at Ortiz Funeral Home, 4425 Broadway, New York, NY 10040. Mr. Ortiz would return home at 9:30 PM, and his mother would accompany him the whole time.

    AUSA Ashley Nicolas informs me that the government defers to Pretrial Services. United States Pretrial Officer Francesca Piperato informs me that Pretrial Services does "not object to him attending the funeral so long as he provides the information to Pretrial in advance."

Granted.
So ordered.
10/13/2023

Sincerely,

/s/
Donald J. Yannella, Esq.

_____
J. PAUL OETKEN
United States District Judge