Law Offices of
# Donald J. Yannella
A NY Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
Tel:  (212) 226-2883
Fax:  (646) 430-8379

**135 Prospect Street**                                              **299 Broadway, Suite 800**
**Ridgewood, NJ  07450**                                             **New York, NY  10007**
                                                                     (Preferred mailing address)

November 29, 2023

Hon. J. Paul Oetken
United States District Judge
40 Foley Square
New York, NY  10007

   Re: United States v. Zapata, 22 Cr 293 (JPO)

Dear Judge Oetken:

  I am counsel for Johan Zapata, who is released on bond with home detention pending trial.  On November 5, 2023, Mr. Zapata earned a Certificate of Completion from an Alternative to Incarceration at Exodus.  He is now attending a job placement training at a program called Strive International Future Leaders.

  I respectfully request that the condition of Home Detention be changed to a curfew. United States Pretrial Services Officer Francesca Piperato informs me that she has no objection to this application, upon condition that the hours be set by Pretrial Services.  AUSA Kevin Mead informs me that his office defers to Pretrial Services. Thank you for your courtesy and attention to this matter.

> Granted.
> The bail condition of home confinement is hereby terminated and replaced with the condition of a curfew as directed by pretrial services.
>   So ordered.
>   11/30/2024

Sincerely,

/s/
Donald J. Yannella, Esq.

*[Signature]*
J. PAUL OETKEN
United States District Judge

November 29, 2023
Page | 2

EXHIBITS



