Law Offices of

# Donald J. Yannella

A NY Professional Corporation

**Email:  nynjcrimlawyer@gmail.com**

**Office phone:  (212) 226-2883**

**Mobile phone:  (917) 549-6818**

**NJ address:**
135 Prospect Street
Ridgewood, NJ  07450

**NY address:**
52 Duane Street, 7th Fl.
New York, NY  10007

July 14, 2025

Hon. J. Paul Oetken
United States District Judge
40 Foley Square
New York, NY  10007

Re:    United States v. Zapata, 22 Cr 293 (JPO)

Dear Judge Oetken:

I am defense counsel for Johan Zapata, who is serving a term of supervised release.

With the consent of United States Pretrial Services Officer Francesca Piperato, I respectfully request that Your Honor order Pretrial Services to release Mr. Zapata's passport, which he surrendered as a condition of release.

AUSA Kevin Mead informs me that the Government has no objection to this request.

Granted.
Pretrial Services is hereby directed to release custody of Mr. Zapata's passport and return it to him or his designated representative.
  So ordered.
  7/15/2025

Sincerely,

Donald Yannella, Esq.

_____
J. PAUL OETKEN
United States District Judge